UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In Re:

Mayra I. Coffie,                                    Case No 18-11815-cgm

Debtor.                                              Chapter 13
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATE (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Kevin Toole, Esq.**
RAS BORISKIN, LLC
900 MERCHANTS CONCOURSE, SUITE 310
WESTBURY, NY 11590


18-191562 - KaL



18-11815-cgm
Coffie, Mayra
NOA
Page 1

Dated: July 13, 2018
Westbury, NY

        RAS BORISKIN
        Attorney for Secured Creditor
        900 Merchants Concourse
        Westbury, NY 11590
        Phone: (516) 280-7675
        Fax:    (516) 280-7674

        By: /s/ Kevin Toole
        Kevin Toole, Esquire

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In Re:

Mayra I. Coffie,                                    Case No 18-11815-cgm

    Debtor.                                  Chapter 13
-----------------------------------------------------------------x

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on July 13, 2018, I caused the foregoing Notice of Appearance and Request for Service to be electronically filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ORTIZ & ORTIZ, LLP
3272 STEINWAY STREET, SUITE 402
ASTORIA, NY  11103

MAYRA I. COFFIE
1006 OLMSTEAD AVENUE, APT. PH
BRONX, NY  10472

KRISTA M. PREUSS
CHAPTER 13 STANDING TRUSTEE
399 KNOLLWOOD ROAD
WHITE PLAINS, NY  10603


18-191562 - KaL



U.S. TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

Dated: July 13, 2018
Westbury, NY

                    RAS BORISKIN
                    Attorney for Secured Creditor
                    900 Merchants Concourse
                    Westbury, NY 11590
                    Phone: (516) 280-7675
                    Fax:   (516) 280-7674

                    By: /s/ Kevin Toole
                    Kevin Toole, Esquire

18-191562 - KaL