UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re                                             :
                                                  :
                                                  :
MAYRA I. COFFIE,                                  :
                                                  :    Case No.   18-11815-cgm
                                                  :
                              Debtor.             :    Chapter 13
--------------------------------------------------------X

## ORDER DISMISSING CHAPTER 13 CASE

Mayra I. Coffie (the "Debtor") having moved this Court pursuant 11 U.S.C. § 1307(b) to dismiss her Chapter 13 case; the Debtor having moved by Notice of Presentment of her proposed dismissal order; all creditors and parties in interest having received notice of her request; no objections having been filed, and it appearing that dismissal of her case is warranted;

NOW, on Motion of the Debtor, it is hereby

ORDERED, that the Debtor's Chapter 13 case is hereby dismissed pursuant to 11 U.S.C. § 1307(b).



**Dated: October 31, 2019**
  **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**